AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

DYSON FOURNESS AND
VIRGINIA FOURNESS,

      Plaintiff,

V.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEM, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-cv-00040-ECR-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss this action for failure to timely amend and delay in prosecution (Dkt. No. 15) is GRANTED.

  March 19, 2012                                     **LANCE S. WILSON**
                                                                         Clerk

                                                                   /s/ Katie Lynn Ogden
                                                                      Deputy Clerk