AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****        DISTRICT OF    NEVADA

DYSON FOURNESS AND
VIRGINIA FOURNESS,

       Plaintiff,                  JUDGMENT IN A CIVIL CASE

V.

                                CASE NUMBER: **3:10-cv-00040-ECR-RAM**

MORTGAGE ELECTRONIC
REGISTRATION SYSTEM, et al.,

       Defendants.

___      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**      **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss this action for failure to timely amend and delay in prosecution (Dkt. No. 15) is GRANTED.


   March 19, 2012                                         **LANCE S. WILSON**
                                                                              Clerk

                                                                   /s/ Katie Lynn Ogden
                                                                         Deputy Clerk